IN THE UNITED STATES DISTRICT
COURT FOR THE MIDDLE DISTRICT OF FLORIDA
CASE NO.: 8:21-cv-01791-MSS-CPT

Ausencio Feria
    Plaintiff(s),

vs.

US Solar Squared, LLC L & V Landscaping and
Tree Service, LLC
    Defendant(s).

_____/

## NOTICE OF SETTLEMENT AS TO US SOLAR SQUARED, LLC

    COMES NOW the Plaintiff Ausencio Feria, and advises the Court that the Plaintiff and US Solar Squared, LLC have entered into a settlement resolving the instant action. No settlement was reached with L & V Landscaping and Tree Service, LLC, and this action remains pending as to this co-Defendant.

    Plaintiff and US Solar Squared, LLC are in the process of finalizing the settlement after which it is expected that joint stipulation of dismissal and proposed Final Order will be submitted to the Court.

## **CERTIFICATE OF SERVICE**

      I hereby certify that on June 29, 2023, a true copy of the foregoing was sent via Electronic Mail to:

      Attorneys for US Solar Squared, LLC
Rywant, Alvarez, Jones, Russo & Guyton, P.A.
Kerry C. McGuinn, Jr.
Gregory D. Jones
302 Knights Run Avenue, Suite 1000
Tampa, Florida 33602
kmcguinn@rywantalvarez.com
gjones@rywantalvarez.com
jmolina@rywantalvarez.com
Phone:  (813) 229-7007
Fax:  (813) 223-6544

      Attorneys for L & V Landscaping and Tree Service, LLC
Andrew S. Bolin, Esq., BCS
Chizom J. Okebugwu
Bolin Law Group
1905 E. 7th Avenue
Tampa, FL 33605
T: (813) 848-0600; F: (813) 848-0090
law@bolin-law.com
zgj@bolin-law.com
cjo@bolin-law.com
jec@bolin-law.com


      Co-Counsel for Plaintiffs Ausencio Feria, et al

Will B. Ramhofer, Esq.
RAMHOFER | GARCIA
11900 Biscayne Blvd., Suite 742
North Miami, FL  33181
Telephone: (305) 481-9733
Fax:  (954) 697-0341
wramhofer@ramhofergarcia.com


Alejandro F. Garcia, Esq.
Florida Bar No. 98505
agarcia@ramhofergarcia.com
service@ramhofergarcia.com

RAMHOFER | GARCIA
11900 Biscayne Blvd.
Suite 742
North Miami, FL 33181
Telephone: (305) 481-9733
Facsimile: (954) 697-0341

By:

FLORIDA LEGAL, LLC
Attorneys for Plaintiff
12550 Biscayne Blvd.
Suite 405
North Miami, FL 33181
(t) (305) 901-2209
(f) (786) 870-4030

/s/ Raymond R. Dieppa
Raymond R. Dieppa, Esq.
Florida Bar No. 27690
E-Mail: ray.dieppa@floridalegal.law