# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

**AUSENCIO FERIA,**

      **Plaintiff,**

**v.**                                    Case No: 8:21-cv-1791-MSS-CPT

**US SOLAR SQUARED, LLC and L
& V LANDSCAPING AND TREE
SERVICE, LLC,**

      **Defendants.**

_____

## ORDER OF DISMISSAL WITHOUT PREJUDICE

      On June 29, 2023, Plaintiff filed a Notice of Settlement as to US Solar Squared, LLC, informing the Court that the above-captioned case was settled as between Plaintiff and US Solar Squared, LLC. (Dkt. 80) Therefore, it is hereby

      **ORDERED** that pursuant to Rule 3.09(b) of the Local Rules of the United States District Court for the Middle District of Florida, this case is **DISMISSED WITHOUT PREJUDICE as between Plaintiff and Defendant US Solar Squared, LLC**, subject to the right of the Parties, within sixty (60) calendar days from the date of this Order, to submit a final stipulation of dismissal, should they so choose, or for any party to reopen the case, **upon good cause shown**. After the sixty (60)-day period,

the dismissal shall be with prejudice. This case shall proceed in the normal course as between Plaintiff and Defendant L&V Landscaping and Tree Service, LLC.

**DONE** and **ORDERED** in Tampa, Florida, this 3rd day of July 2023.

_____
MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record
Any pro se party